No. 500. PETTY v. GEORGIA. ▮▮▮▮▮▮▮▮▮▮ Jurisdictional statement submitted December 1, 1930. Decided December 8, 1930. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237(a) Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for certiorari, as required by § 237(c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Benjamin E. Pierce* for appellant. *Messrs. George M. Napier* and *T. R. Gress* for appellee. ▮▮▮▮▮▮▮

No. 506. BAKER v. NEW MEXICO. ▮▮▮▮▮▮▮ Jurisdictional statement submitted December 1, 1930. Decided December 8, 1930. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction, § 237(a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937); *California Powder Works* v. *Davis*, 151 U. S. 389, 393; *Manning* v. *French*, 133 U. S. 186, 192, 193; *Clark* v. *Pennsylvania*, 128 U. S. 395, 397; *Leeper* v. *Texas*, 139 U. S. 462, 467; *Butler* v. *Gage*, 138 U. S. 52; *Warfield* v. *Chaffe*, 91 U. S. 690; *Corkran Oil and Development Co.* v. *Arnaudet*, 199 U. S. 192, 193. Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237(c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Elmer L. Brock* for appellant. No appearance for appellee. ▮▮▮▮▮▮▮